**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| OWEN SPENDLOVE and JACOB CROSS, *individually and as representatives of the class*, | ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00856-REP ) ) |
| v. | ) ) |
| RAPIDCOURT, LLC, | ) ) |
| Defendant. | ) ) ) ) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RAPIDCOURT, LLC**

Esther Slater McDonald, Pamela Q. Devata, and John W. Drury of the law firm Seyfarth Shaw LLP (collectively, the "Seyfarth Attorneys"), pursuant to Local Rules 7 and 83.1(G) of the Eastern District of Virginia, file this memorandum in support of their Unopposed Motion to Withdraw as Counsel for Defendant RapidCourt, LLC ("RapidCourt"). The Seyfarth Attorneys have discussed this matter with RapidCourt, and both RapidCourt and the Seyfarth Attorneys mutually agree that it would be in their respective interests for RapidCourt to obtain new counsel. To that end, Steven D. Brown of the law firm Isler Dare has entered an appearance as new counsel for RapidCourt, and Henry R. Chalmers of the law firm Arnall Golden Gregory LLP has filed a motion to appear *pro hac vice* as new counsel for RapidCourt. The Seyfarth Attorneys have worked (and will continue to work) with Mr. Brown and Mr. Chalmers to ensure a timely and efficient transition of RapidCourt's representation in this matter. Thus, the withdrawal of the Seyfarth Attorneys will not have a detrimental effect on RapidCourt or its representation in this case, nor will it cause any delay in this proceeding or prejudice to any party. The Seyfarth Attorneys have notified Plaintiffs' counsel, who do not oppose this motion.

Therefore, the Seyfarth Attorneys respectfully request that this Court permit them to withdraw as counsel of record for RapidCourt in the above-captioned matter and that ECF notifications to them be terminated in connection with this case..

Respectfully submitted,

/s/ Esther Slater McDonald_____
Esther Slater McDonald (Va. Bar No. 65723)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309
(404) 885-1500
emcdonald@seyfarth.com

Pamela Q. Devata (admitted *pro hac vice*)
John W. Drury (admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606
(312) 460-5000
(312) 460-7000 (facsimile)
pdevata@seyfarth.com
jdrury@seyfarth.com

*Attorneys for Defendant*

Dated: July 22, 2019

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 22, 2019, she caused a copy of the foregoing **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RAPIDCOURT, LLC** to be electronically filed with the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Esther Slater McDonald
Esther Slater McDonald (Va. Bar No. 65723)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309
(404) 885-1500
emcdonald@seyfarth.com

*Attorney for Defendant*