**EXHIBIT "8"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**OWEN SPENDLOVE and JACOB CROSS,**
*individually and as representatives of the class*,

    **Plaintiffs,**

v.                                             Civil Action No. 3:18-cv-00856-REP

**RAPIDCOURT, LLC,**

    **Defendant.**

## PLAINTIFFS' RULE 34 REQUEST TO INSPECT AND COPY

Pursuant Federal Rule of Civil Procedure 34, Plaintiffs Owen Spendlove and Jacob Cross, by Counsel, request that Defendant RapidCourt, LLC, permit Plaintiffs' Counsel and proposed expert witness access to RapidCourt's property located at 9710 Northcross Center Ct. #105, Huntersville, NC 28078, on July 11, 2019 at 10:00 a.m., for purposes of inspecting and copying the items listed below.

1. RapidCourt's user interface for clients to access court records for consumers with Virginia addresses. Plaintiffs' Counsel requests that Defendant make available a designated work area for this inspection at RapidCourt's place of business.

2. A complete set of screenshots for all screens in the user interface described in Item 1.

3. The complete software, including source code, that operates the system described in the flowchart you produced in this case as RAPIDCOURT 00020. For production of this data, please provide Plaintiffs' Counsel with the approximate size of the files so that Counsel can bring with them appropriate storage media with sufficient capacity to obtain the files.

4. Additionally, Plaintiffs request Defendant provide login credentials for purposes of allowing Plaintiffs to access the system as a user, conduct a search of Virginia records for Plaintiffs Spendlove and Cross, and document the search process and results returned.

**OWEN SPENDLOVE and JACOB CROSS, individually and as representatives of the class**

By: ___/s/ Craig C. Marchiando___

Leonard A. Bennett, VSB #37523
Craig C. Marchiando VSB #89736
Elizabeth W. Hanes, VSB #75574
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
**KELLY GUZZO PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

E. Michelle Drake*
Joseph C. Hashmall*
**BERGER MONTAGUE PC**
43 SE Main St, Suite 505
Minneapolis, MN 55414
Tel.: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net Email: jhashmall@bm.net
*admitted pro hac vice

2

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, a true and correct copy of the foregoing was sent via electronic mail to the following Counsel of Record:

Ester Slater McDonald
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309

*Counsel for Defendant*

By:   */s/ Craig C. Marchiando*

Craig C. Marchiando VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com