# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

OWEN SPENDLOVE and JACOB CROSS,
individually and as representatives of the
class,

          Plaintiffs,

v.                                Civil Action No. 3:18-cv-00856-REP

RAPIDCOURT, LLC,

          Defendant.

## <u>JOINT MOTION TO DISMISS AND FOR ENTRY OF AGREED ORDER</u>

Plaintiffs Owen Spendlove and Jacob Cross ("Plaintiffs"), jointly with Defendant RapidCourt, LLC ("Defendant") (collectively, the "Parties"), by and through their Counsel, respectfully move the Court to dismiss the Plaintiffs' individual claims in the above-captioned action with prejudice, to dismiss the putative class claims without prejudice, and to enter the Order attached hereto regarding the Parties' agreement on injunctive relief.

The Parties have agreed to a settlement of this matter. As part of that settlement, Defendant has agreed to the relief outlined in the Order, specifically (1) as of six months from the date of entry of the Order, Defendant agrees to treat its products, including existing products whether or not with different product names, as being governed by the Fair Credit Reporting Act; (2) should Defendant determine that changes in law have altered Defendant's obligations in respect to the Order, it shall provide written notice of any proposed changes to Plaintiffs' Counsel at least thirty days prior to implementing such change, and Plaintiffs' Counsel will have fifteen days to object to the same; and (3) the Order on this relief will be in effect for two and a half years from

Defendant's implementation of the relief. For the reasons set forth in Plaintiffs' Memorandum in Support, the Court should grant the requested relief.

Respectfully submitted,

By:_____/s/_____
Leonard A. Bennett, VSB #37523
Elizabeth W. Hanes, VSB #75574
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: elizabeth@clalegal.com
Email: craig@clalegal.com

Andrew J. Guzzo
Casey S. Nash
Kristi C. Kelly
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: kkelly@kellyguzzo.com

E. Michelle Drake*
Joseph C. Hashmall*
BERGER MONTAGUE PC
43 SE Main St, Suite 505
Minneapolis, MN 55414
Tel.: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
Email: jhashmall@bm.net
*admitted pro hac vice

*Counsel for Plaintiffs*

_____/s/_____

David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendant, RapidCourt, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

Henry R. Chalmers*
Edward P. Cadagin*
Morgan Harrison*
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Tel.: (404) 873-8500
Fax: (404) 873-8501
Email: henry.chalmers@agg.com
Email: edward.cadagin@agg.com
Email: morgan.harrison@agg.com
*admitted pro hac vice

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3d day of March 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_/s/_
Leonard A. Bennett, VSB #37523
Elizabeth W. Hanes, VSB #75574
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: elizabeth@clalegal.com
Email: craig@clalegal.com

*Counsel for the Plaintiffs*